UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Roseann Fox,

        Plaintiff,

v.

United States of America, *its agents, representatives and employees,*

        Defendant.

**JUDGMENT**

5:16-CV-93-BR

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

This case is closed.

**This judgment filed and entered on June 14, 2016, and served on:**

Coy E. Brewer, Jr. (via CM/ECF Notice of Electronic Filing)
Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)

June 14, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk